BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 2:09-mj-0358 EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING |
| v. ) | PRELIMINARY HEARING AND |
| ) | EXCLUDING TIME |
| DARREN BURTON, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Darren BURTON, by and through his counsel Michael Bigelow, Esq., that good cause exists to extend the preliminary hearing currently set for December 28, 2009, at 2:00 p.m. to January 28, 2010, pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the government will be providing discovery to the defense and the parties are engaged in talks regarding a pre-indictment resolution of the case against the defendant. In addition, the co-defendant, Derek STAMPLEY, will

1  remain in state custody until approximately December 28, 2009, and
2  therefore he has not been brought into federal custody on this case
3  at this time.  As a result, the defendant agrees that a continuance
4  of the preliminary hearing date will not prejudice him because a
5  pre-indictment resolution could result in overall sentencing
6  exposure that is significantly reduced for him.

7  The parties further stipulate that the ends of justice are
8  served by the Court excluding time from December 28, 2009, to
9  January 28, 2010, so that counsel for the defendant may have
10 reasonable time necessary for effective preparation, taking into
11 account the exercise of due diligence.  18 U.S.C.
12 § 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs
13 additional time to continue discussions with the government
14 regarding resolution of the case against the defendant, receiving
15 and then reviewing the discovery in the case, effectively evaluate
16 the posture of the case and potentially prepare for trial, and
17 conduct further investigation into mitigation of the defendant's
18 federal sentencing exposure in this case.  Id.  For these reasons,
19 the defendant, defense counsel, and the government stipulate and
20 agree that the interests of justice served by granting this
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: December 27, 2009                /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED: December 27, 2009                /s/Michael Bigelow by Jason Hitt
                                        MICHAEL BIGELOW, ESQ.
                                        Counsel for defendant Darren
                                        BURTON
                                        Authorized to sign for Mr.
                                        Bigelow on 12-14-09

1  Based upon the representations by counsel and the stipulation
2 of the parties, **IT IS HEREBY ORDERED** that:
3  1.  The Court finds good cause to extend the Preliminary
4 Hearing currently set for December 28, 2009, to January 28, 2010, at
5 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
6  2.  Based upon the representations and stipulation of the
7 parties, the court finds that the time exclusion under 18 U.S.C.
8 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of
9 justice outweigh the best interest of the public and the defendants
10 in a speedy trial based upon the factors set forth in 18 U.S.C.
11 § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act
12 shall be excluded from December 28, 2009, up to and including
13 January 28, 2010.
14  **IT IS SO ORDERED.**
15 Dated: December 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE